UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

NORO HEALY,

Plaintiff,

-against-

BOARD OF EDUCATION RETIREMENT SYSTEM OF THE CITY OF NEW YORK; RAYMOND ORLANDO; and SANFORD RICH,

Defendants.

-------------------------------------------------------------------- X

**NOTICE OF REMOVAL**

Case No. 17-cv-4016

**TO: THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK**

Defendants Board of Education Retirement System of the City of New York ("BERS"), Raymond Orlando, and Sanford Rich (collectively, "Defendants"), by their attorney, Zachary W. Carter, Corporation Counsel of the City of New York, respectfully move this Court as follows:

1. On June 20, 2017, the Defendants were provided with the Verified Amended Complaint in *Noro Healy v. Board of Education Retirement System of the City of New York, et al.*, pending in the Supreme Court of the State of New York, County of Kings, Index No. 926/2017, naming the Defendants therein. A copy of the Verified Amended Complaint, dated June 8, 2017, and stamped filed on June 15, 2017, is annexed hereto as Exhibit A.

2. The above-captioned matter is a civil action of which the District Court has original jurisdiction pursuant to the Civil Rights Act of 1871, 42 U.S.C. § 1983, 42 U.S.C. § 1981.

3. Plaintiff brings this lawsuit claiming, *inter alia*, that Defendants' acts constituted discrimination in violation of the above referenced statutes. *See* Exhibit A.

4. This action is therefore removable to the District Court without regard to the citizenship or residence of the parties, pursuant to 28 U.S.C. § 1441(b).

5. This Notice of Removal is timely because it is being filed within 30 days of receipt of the Verified Amended Complaint, which was the first pleading in the action to set forth a claim under the above-referenced statues. *See* 28 U.S.C. § 1446(b).

6. Defendants will promptly file a copy of this Notice of Removal with the Clerk of the state court in which the action is pending.

**WHEREFORE**, Defendants respectfully request that the above-captioned action be removed from the Supreme Court of the State of New York, County of New York, to the United States District Court for the Eastern District of New York.

Dated: New York, New York
July 6, 2017

ZACHARY W. CARTER
Corporation Counsel of the
City of New York
100 Church Street, Room 2-125
New York, New York 10007-2601
(212) 356-0879
cfain@law.nyc.gov

By: /s/
Courtney P. Fain
Assistant Corporation Counsel
*Attorney for Defendants*

TO: Antonia Kousoulas
Kousoulas & Associates, P.C.
110 East 59th Street, Suite 3200
New York, NY 10022
*Attorney for Plaintiff*