UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X
NORO HEALY,

Plaintiff,

JUDGMENT
17-CV-04016 (ILG)(PK)

v.

BOARD OF EDUCATION RETIREMENT
SYSTEM OF THE CITY OF NEW YORK,
RAYMOND ORLANDO, and SANFORD RICH,

Defendants.
----------------------------------------------------------------------X

A Memorandum and Order of Honorable I. Leo Glasser, United States District Judge, having been filed on March 18, 2019, granting Defendants' motion for summary judgment; it is

ORDERED and ADJUDGED that Defendants' motion for summary judgment is granted; and that the Court no longer has jurisdiction to entertain any state or city law claims. *Dunton v. Suffolk Cty., State of N.Y.,* 729 F.2d 903, 910 (2d Cir. 1984), *amended*, 748 F.2d 69 (2d Cir. 1984).

Dated: Brooklyn, NY
March 19, 2019

Douglas C. Palmer
Clerk of Court

By: /s/*Jalitza Poveda*
Deputy Clerk